**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert W. Pulkinen,

      Plaintiff,                                Civil No. 09-106 (RHK/RLE)

vs.                                       **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
Owens-Illinois, Inc., General Electric
Company, Rapid American Corporation,
Metropolitan Life Insurance Company,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 21, 2009

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge